# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNSON | CIVIL ACTION |
| VERSUS | 21-561-SDD-SDJ |
| MALPRASS, ET AL. | |

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott Johnson, dated October 15, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that this action shall be TRANSFERRED to the Northern District of Illinois, Eastern Division.

Signed in Baton Rouge, Louisiana the 1st day of December, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.